**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| United States of America<br><br>v.<br><br>Dustin Joe Leatherwood | **Case No.** 1:26-cr-10043-STA<br><br>**Filed Under Seal** |

**MOTION TO SEAL AFFIDAVIT**
**IN SUPPORT OF CRIMINAL COMPLAINT**

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and William Joshua Morrow, Assistant United States Attorney, and respectfully moves this Honorable Court to order the Affidavit in Support of the Criminal Complaint filed in the above-referenced matter to be sealed until further Order by the court. This matter involves an on-going criminal investigation and premature disclosure of facts contained within the said Affidavit could adversely affect or otherwise jeopardize said investigation.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney
Western District of Tennessee

/s/ *William Joshua Morrow*
WILLIAM JOSHUA MORROW
Assistant United States Attorney