AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:26-cr-10043-STA |
| | ) | |
| | ) | |
| Dustin Joe Leatherwood | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___04/01/26 - 04/02/26___ in the county of ___McNairy___ in the
___Western___ District of ___Tennessee___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) & (e) | Production and attempted production of child pornography |
| 18 USC 2252(a)(2) & (b)(1) | Receipt, distribution of child pornography |
| 18 USC 2252(a)(4)(B) | Possesion of child pornography |
| 18 USC 2422(b) | Coercion, enticement of a minor via interstate commerce |

This criminal complaint is based on these facts:

See attached affidavit of TFO Zack Fitzgerald FBI.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Zack Fitzgerald FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

**s/Jon A. York**

Date: ___6.23-2026___

_____
*Judge's signature*

City and state: ___Jackson___

JON A. YORK, U.S. Magistrate Judge
_____
*Printed name and title*